# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>    Debtor. | Chapter 7<br><br>Case no. 19-34574 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>    Plaintiff,<br>v.<br><br>ULX Partners, LLC, UnitedLex Corporation, and ULX Managers, LLC<br><br>    Defendants. | Adv. Pros. 20-03142 (KRH) and<br><br>    21-03095 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>    Plaintiff,<br>v.<br><br>CVC Capital Partners, Daniel Reed, Nicholas Hinton, Josh Rosenfeld, P. Douglas Benson<br><br> Defendants. | |

## THE UNITED STATES TRUSTEE'S NOTICE OF APPEAL

Kathryn R. Montgomery, AUST (Va. Bar No. 42380)
Shannon Pecoraro (Va. Bar No. 46864)
Jason B. Shorter (Va. Bar No. 80929)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

**Part 1: Identify the appellant**

1. Name of appellant:

    John P. Fitzgerald, III, Acting United States Trustee for Region Four

2. Position of appellant in the bankruptcy case that is the subject of this appeal:

    United States Trustee (*See* 11 U.S.C. § 307; 28 U.S.C. §§ 581(A)(4) and 586)

**Part 2: Identify the subject of this appeal**

1. Describe the judgments, orders or decrees appealed from:

    - Oral ruling of the United States Bankruptcy Court for the Eastern District of Virginia granting the Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, ULX Manager LLC, and UnitedLex Corporation (ECF 1325 and ECF 207 in Adv. Pro. No. 21-03142).[1]

2. State the date on which the judgments, orders, or decrees were entered:

    Oral ruling made during sealed portion of the omnibus hearing held on July 14, 2022. The Bankruptcy Court has indicated it will enter a written order and may draft a memorandum opinion.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgments, orders, or decrees appealed from and the names, addresses and telephone numbers of their attorneys:

**APPELLEE**:

*ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC, Defendants in Adversary Proceeding 20-03142 and Parties to Settlement Agreement*

    David G. Barger
    Thomas J. McKee, Jr.
    J. Gregory Milmoe

---

[1] The transcripts of the open proceedings and sealed portion of the July 14, 2022 hearing are attached as Exhibit 1 (open proceedings) and Exhibit 2 (sealed portion—filed under seal).

      Greenberg Traurig, LLP
      1750 Tysons Boulevard, Suite 1000
      McLean, Virginia 22102
      (703) 749-1300
      bargerd@gtlaw.com

**OTHER INTERESTED PARTIES:**

***Lynn Tavenner, Chapter 7 Trustee for LeClairRyan PLLC, Party to Settlement Agreement and Appellee in related appeal, Fitzgerald v. Tavenner, Case no. 3:22-cv-00494-DJN***

      Paula S. Beran
      Tavenner & Beran, PLC
      20 North Eighth Street, Second Floor
      Richmond, VA 23219
      804-783-8300
      pberan@tb-lawfirm.com

      Erika L. Morabito
      Brittany Jane Nelson
      Quinn Emanuel Urquhart & Sullivan
      1300 I Street, NW, Suite 900
      Washington, DC 20005
      (202) 528-8334
      erikamorabito@quinnemanuel.com
      brittanynelson@quinnemanuel.com

***LeClairRyan PLLC, Debtor***

      Tyler P. Brown
      Jason William Harbour
      Henry Pollard Long, III
      Jennifer Ellen Wuebker
      Hunton Andrews Kurth LLP
      951 East Byrd Street
      Richmond, VA 23219
      (804) 788-8200
      tpbrown@huntonak.com

***Foley & Lardner, LLP, objector to Chapter 7 Trustee's Motion to Approve Settlement Agreement***

      Susan Poll Klaessy
      Foley & Lardner LLP

    3000 K Street, NW, Suite 600
    Washington, DC 20007-5109
    (312) 832-4500
    spollklaessy@foley.com

***CVC Capital Partners, Defendant in Adversary Proceeding 21-03095 and Party to Settlement Agreement***

    Michael E. Hastings
    Woods Rogers PLC
    901 East Byrd Street, Suite 1550
    Richmond, VA 23219
    (804) 956-2049
    mhastings@woodsrogers.com

***Nicholas Hinton and Daniel Reed, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement***

    David G. Barger
    Thomas J. McKee, Jr.
    J. Gregory Milmoe
    Greenberg Traurig, LLP
    1750 Tysons Boulevard, Suite 1000
    McLean, Virginia 22102
    (703) 749-1300
    bargerd@gtlaw.com

***Josh Rosenfeld and P. Douglas Benson, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement***

    Georgina C. Shepard
    Arnall Golden Gregory, LLP
    1775 Pennsylvania Avenue, NW, Suite 1000
    Washington, DC 20006
    (202) 677-4902
    Georgina.shepard@agg.com

***CNA, Insurer and Party to Settlement Agreement***

    Margaret T. Karchmer
    Wiley Rein, LLP
    2050 M Street NW
    Washington, DC 20036
    202-719-4198
    mkarchmer@wiley.law

*Travelers Casualty and Surety Company of America, Insurer and Party to Settlement Agreement*

>Thomas J. Judge
>Dykema Gossett PLLC
>1301 K Street N.W., Suite 1100 West
>Washington, D.C. 20005
>TJudge@dykema.com

*Gary LeClair, Former Defendant in Adversary Proceeding 20-03142*

>J. Scott Sexton
>Andrew M. Bowman
>Gentry Locke
>10 Franklin Rd SE, Suite 900
>Roanoke, VA 24011
>(540) 983-9404
>bowman@gentrylocke.com


>William A. Broscious
>William A. Broscious, Esq., PLC
>P.O. Box 71180
>Henrico, VA 23255
>804-533-2734
>wbroscious@brosciouslaw.com


                                           Respectfully Submitted,


Dated: July 19, 2022                       John P. Fitzgerald, III
                                           Acting United States Trustee, Region Four

                                       By: /s/ Kathryn R. Montgomery
                                           Kathryn R. Montgomery (Va. Bar No. 42380)
                                           Shannon Pecoraro (Va. Bar No. 46864)
                                           Jason B. Shorter (Va. Bar No. 80929)
                                           Department of Justice
                                           Office of the United States Trustee
                                           701 East Broad Street, Suite 4303
                                           Richmond, Virginia 23219
                                           (804) 771-2310
                                           kathryn.montgomery@usdoj.gov
                                           shannon.pecoraro@usdoj.gov
                                           jason.b.shorter@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 19th day of July, 2022, a true and correct copy of the foregoing document was served via first class mail and/or electronic mail upon: (i) all parties and counsel requesting service via the Court's ECF system, (ii) the Appellee by counsel, (iii) all other interested parties by counsel or registered agent as set forth above, (iv) the 20 largest unsecured creditors as listed on the Debtor's schedules, (v) the Service List as defined by the governing Case Management Order, and (vi) all Persons identified in paragraph 4 of the FAO Procedures Order (ECF 533), as modified by the Order Modifying Settlement Procedures for FAO Actions (ECF 929).

                By:  /s/  Kathryn R. Montgomery

                Kathryn R. Montgomery, Esq.